Attorneys for Plaintiffs, _____ ___

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: BEXTRA AND CELEBREX MARKETING SALES PRACTICES AND PRODUCT LIABILITY LITIGATION | Case Specific Number 06-4604 CRB<br>MDL NO. 1699<br>District Judge: Charles R. Breyer |
| Plaintiff Name(s), Kenneth L. Atkinson<br>Plaintiffs,<br>vs.<br>Pfizer, Inc., et al.<br>Defendants. | STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE |

Come now the Plaintiff, (ALL CAPS), and Defendants, by and through the undersigned attorneys, pursuant to Federal Rule of Civil Procedure, Rule 41(a), and hereby stipulate to the dismissal of this action with prejudice with each side bearing its own attorneys' fees and costs.

DATED: June 1, 2009   By: _____
Law Offices of Benton Musslewhite
Attorneys for Plaintiff, Kenneth L. Atkinson

-1-

STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE

1 | DATED: July 20, 2009        By: _____

2 | DLA PIPER LLP (US)
3 | 1251 Avenue of the Americas
   | New York, NY 10020
4 | Telephone: (212) 335-4500
   | Facsimile: (212) 335-4501
5 | *Defendants' Liaison Counsel*

**PURSUANT TO THE TERMS SET FORTH IN THE PARTIES' STIPULATION, IT IS SO ORDERED.**

Dated: JUL 2 3 2009

_____
Hon. Charles R. Breyer
United States District Court

-2-

**STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE**